RECEIVED

2010 FEB -4 PM 12: 28

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

8:10-mc-14-T-27AEP

My name is Michael Harris and I am a United States Veteran who served honorably in the military during the Post Vietnam Era from October 1975- October 1978. I write this letter because I am angry and embarrassed at the way I have been treated by the Veteran Administration at their Gainesville Facility.

I am saying this because I feel that a person should not have to be humiliated to receive medical treatment. It is shameful that I would have to tolerate the usage of the "N" word in order to use the Gainesville"s facility pool. What I am saying is a true statement and I am going to put this out to the world because I do not want anyone"s child to shed their blood for their country and be treated in this manner, less than a man, less than a human being.

Over a period of time I could no longer withstand the double standards and racial injustice that was taking place at the Gainesville Facility. It bother me to the point that I moved away from the area. The types of abuse I suffered were both physical and emotional. I have had a Doctor place his foot on me and another Doctor told me a racially motivated story. I was there at the facility to receive treatment for a medical condition and to receive help, not to be disrespected.

An incident occurred while seeking treatment at the facilities pool where I had been assigned for treatment. The employees/staff members Kathy and Barry knew the "N" was being used at the pool. They are permitted to use the word freely and often, when asked not to use the word in my presence I was ignored. I attempted to go through the proper channels but to no avail, nothing was ever done in regards to the usage of the word nor was the employee's disciplined.

Another incident occurred while in the pool and talking to another veteran regarding items that he sold. Some of the other veteran made the comment "why you paint them all those "N" colors" I believe that was in retaliation towards me for complaining about hearing the "N" word. I got so angry that I exited the pool, I just hit the top of the pool ceiling with my fist and left.

At a Veteran"s facility it"s a shame that a Doctor would put his foot on a person. I discharged myself and never went back. Dr. Walker is the name of the doctor who put his foot on me. Dr. Bush is the doctor who told me the racially motivated joke. I know that this is hard to believe, I ca not believe it that it happen myself. But to top things off I later attended an anger management class and believe it or not guess who was there Dr. Bush. Yes the same Doctor that told me a racially motivated joke. The joke was something to the effect of somebody getting hung or someone getting their hands cut off for stealing. I was sick, I had a back problem, and instead of treating me he told me a joke.

I attempt to go through the proper channels to file a complaint but I was ignored, I then decided to protest. I protested by making a sign stating my dissatisfaction. [redacted] I went to [redacted] to the V.A. Office and spoke to the Secretary or the individual that was there at the time. I was emotional to the point of crying and breaking down begging them to please let me get back into the pool. I needed to utilize the pool for medical reasons, for my health. I was told NO, so I decided to leave before I would do something dumb. I relocated to Daytona Beach where I can go to the beach to receive the water treatment that I need.

I am so appalled by the way I was treated that I think the world should know, this is what happens to veterans, this is what they will do to you, this is what they did to me a Buffalo solider. To hear the Star Spangled Banner bring tears to my eyes knowing that I am an honorably discharged veteran and I get treated this way in a veteran's facility.

Years ago I was experiencing all kinds of double standards the Gainesville Facility. I forgot what year it was but it was the 4th of July. I was do discussed going through all the double standards with little to no assistance from the V.A. And to plead my case, I placed a sigh in the front of my house stating how there were double standards when it came to Buffalo Soldier's at the V.A. In Gainesville. Somehow after placing the sign and letting it remain for some time. Then my claim came back in my favor. I decided to be quite. But the stress of living in a racially divided town and the stress from the V.A. Was too much for me to bear.

In my hometown they renamed our community and said it was historic. It was at one time mostly Blacks, they harassed the Black peoples and ran them out of the neighborhood using the Police and Code Enforcement Officer's. This is the same town where I joined the military and now I am not good enough for the neighborhood I was born in. Like I say, I'm allergic to the Star Spangled Banner don't pertain to me. Well hush my mouth I'm in the South! Also I had open heart surgery at the Gainesville V.A. One. I of the white lady nurse came from Shands and told me "Thank you for letting us experiment on you." I can't help but to think that I didn't need open heart surgery and unless my records mysteriously disappear I can collaborate everything I said with my V.A medical records.

I'm a half breed but they call me nigger. Dale Robinson was over the anger *management* class, once I took a picture of my father to show Dale. I was telling him I knew I was a half breed and he looked at me and said "are you proud to be a half breed," I said just proud to be a man but I am not treated as such, Why would you want to be where you're not wanted? My ancestor's were brought here on a ship, involuntary Company C. Just me colored, before before my father died he told me not to bother those crackers at the V.A. They will kill you and I guess that's my destiny because I am going to tell the world just how dirty South is, this is the treatment I got for spilling my blood in the vietnam Era. It didn't happen to you, I'm a man not to be walked upon and trampled on. Can you believe giving people tickets for walking on the wrong side of the street?

P.S. A few months after my E.T.S. Date In late 1979, DR. Mayhand, at the facial pain clinic told me that my jaw was broke. He said that it had to happen when I had that concussion in Greece. So all that time I had to live with all that pain not knowing that my jaw was broke. Because the Military DR. could not find it. This is the treatment I received at the Gainesville V.A.. this is what they did to this Buffalo solider in his home town where he was born add insult to injury time and time again. I also faced double standards with the Gainesville police dept. and Code enforcement, and the historic committee I feel like I was basically railroaded out of town. The combination of all of this stress cause me to leave Gainesville. I was so appalled at their tatics instead of losing my sanity over these Jim crow tatics I ran for my life. I had to leave my family I had no choice. They rather see me alive.

MICHAEL underdog HARRIS A,K,A,

BUFFALO SOLIDER
CHARLIE THE ENEMY.

Michael H. Harris
618 Tucker St.
Daytona Beach, FL 32114

 (4)

Uncle Sham

Check mate Michael Road the boat ashore and he volunteered to expose the beast of which America refuses to keep on a leash. I must slay them that beast. Because he only continues to nature racism and injustice. This only divide us by the dawn early light. I came home and still had to fight.It's not right. Give us the teaching of his majestic (Obama) we don't want your devil philosophe the hell with your philosophe. W are tired of living on our knees. Why can't we get rid of that disease I begging you please. The South is going to rise again. Hell it never fell. Now they hold high falutin positions and they conduct the rebel from a far. I don't have a chance with the tatics they use. We will only continue to lose. BE ALL YOU CAN BE!! (ha! ha!). Come see how your double standards have destoryed my kids. My kids kids. Feel my pain the double standards continues to drive me insane. I remember a conversation between two guys they were talking one said the Irish have the home land,the Jews have their traditions, the niggers have their music. The other guy said what about your peoples the other one said we have the United States. The rest of you is just visiting. If you see the recuirters Run like a Runaway. Don't spill your Blood. You will be Better off without Uncle Jim Crow. OoP! I meant Uncle Sam. We can be black & Proud without him. Say it loud. I'm Black & Proud.

ıREN L. THURMAN
5TH DISTRICT, FLORIDA
WASHINGTON OFFICE
440 CANNON BUILDING
WASHINGTON, DC 20515
202/225-1002


COMMITTEE ON WAYS AND MEANS
SUBCOMMITTEE ON OVERSIGHT

5

# Congress of the United States
## House of Representatives
Washington, DC 20515

January 21, 1998

Mr. Michael Harris
413 N.W. 7th Ave
Gainesville, Florida 32601

Dear Mr. Harris:

I am in receipt of your letter and accompanying documentation. Thank you for contacting my office as a source of assistance.

I have taken the liberty of sharing your information with the VA Medical Center, who oversees matters of this nature. I respectfully requested that Malcolm Randall, Director look into the concerns that you have raised and provide a response addressing this matter.

Should you have any additional questions or information, please contact Kevin Picart, Caseworker, at the office checked below.

Sincerely,

Karen

Karen L. Thurman
Member of Congress

KLT\kp

:IOME OFFICES:

2224 HIGHWAY 44 WEST
INVERNESS, FL 34453
352 344-3044

5700 S.W. 34TH ST., SUITE 425
GAINESVILLE, FL 32608
352/336-6614

5609 U.S. 19 SOUTH, SUITE H
NEW PORT RICHEY, FL 34652
813/849-4496

TOLL FREE
800-833-4352

7

Narrative of Unprofessional Treatment
of
Michael Harris

I have been having problems at the Gainesville Veterans Hospital for the past three years. This treatment started after I filed a complaint with the hospital about the unprofessional way in which I was treated by one of the Doctors (letter enclosed). While receiving therapy at the pool in late May or early June, I was confronted with the derogatory word "nigger," by an outpatient. I ignored him because he was half blind. When I reported it to Barry who is staff. Later on Kathy who is staff used the word "nigger," with other patients in the pool. I was embarassed and felt degraded, so I wrote a letter about her conduct in June of 1997. She did not apologize at all, it was as if she was commended for her use of the word. When word got around about the letter I had written, an outpatient used the word "nigger," while we were in therapy. Barry witnessed my rage as I exited the pool. Barry came in the locker room as if to comfort me, but I never received any reply from the letter that was written.

Back in 1995 an evaluation was done to determine what treatment I was to receive(please see enclosure). Treatment has just started as of December 1997. I have been sent from one place to the next. It feels that no one wants to be bothered so I am be shifted from one person to another.

I was kicked by Dr. Wilson while an in-patient at the VA on December 31, 1997, while telling me I had to be off the Ward by Friday, which was January 2, 1998, but two days before, on December 30, 1997, the other Doctor, had given me a tentative discharge day for January 6, 1998. But after the Doctor kicked me, I told him that I would just leave today. I felt that they did not want to treat me any longer.

During my stay at the hospital from December 18, 1997 through December 31, 1997, I was not given any medication for my diabetes, and my sugar level was only tested twice. There was blood in my stool and nothing was done about it. I called the nurse (John), to show him that blood was in my stool, and he seemed to have thought it was funny, and proceeded to tell me how to flush a toilet. I was never checked for the bleeding. I refuse to set foot in the Gainesville VA until something is done about the double standard.

I volunteered for the Army to represented my home town, to say that the Gainesville men did their part.

I served this country during the Vietnam War, 1975-78. My Jaw was broken in Greece, and it was not discovered until I got out of service. They found out January 1979. It has now gotten so complex, and I am in such chronic pain with severe headaches from this that I am miserable. Please do all that you can do to assist me.

When Your A man A black man A "N" Word Joke You Darn Well Just Better Be Ready to Dance. I have the blood & Drive of my Ancestors. Queens first Harriette Tubman, mary mcloed cookman, Rosa Parks, now not Tinen martin Luther King, malcolm X, least not I forget J.F.K and All the Good white peoples and I saved the Best for last. my Loving Daddy James Harris. my mother a flower. they Raised me not to be nobody Dummy. NOT Even uncle Sam. As you well know I could not have asked for this.

